

**IRS** Department of the Treasury
Internal Revenue Service

PO BOX 9045
ANDOVER MA 01810-9045

021688.511137.381766.9061 2 AB 0.507 1172

CRYSTAL GREENWALD
MELISSA D SKILLITER
1108 CITY PARK AVE STE 200
COLUMBUS OH 43206

021688



RECEIVED
APR 17 2023
By_____

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0860966149
BODCD-

Use for inquiries only
Letter Number: LTR0105C
Letter Date  : 2023-04-18
Tax Period   : 202012



*****9442

INTERNAL REVENUE SERVICE
PO BOX 9045
ANDOVER MA 01810-9045

CRYSTAL GREENWALD
MELISSA D SKILLITER
1108 CITY PARK AVE STE 200
COLUMBUS OH 43206

294849442 PH GREE 30 0 202012 670 00000000000

---

The IRS address must appear in the window.
0860966149
BODCD-

Use for payments
Letter Number: LTR0105C
Letter Date  : 2023-04-18
Tax Period   : 202012

*****9442

INTERNAL REVENUE SERVICE

Kansas City MO 64999-0206

CRYSTAL GREENWALD
MELISSA D SKILLITER
1108 CITY PARK AVE STE 200
COLUMBUS OH 43206

294849442 PH GREE 30 0 202012 670 00000000000

```
                                        In reply refer to: 0860966149
IRS  Department of the Treasury          Apr. 18, 2023   LTR 105C   C3
     Internal Revenue Service            ***-**-9442  202012 30         X
PO BOX 9045                                                       00001840
ANDOVER   MA   01810-9045                                      BODC: WI
```

```
CRYSTAL GREENWALD
MELISSA D SKILLITER
1108 CITY PARK AVE STE 200
COLUMBUS   OH   43206
```

021688

```
            Taxpayer identification number:   ***-**-9442
                           Kind of tax:       Income Tax
                       Amount of claim :      $7,970.00


                   Date of claims received:   Mar. 27, 2023
                           Tax period :       Dec. 31, 2020
```

Dear Taxpayer:

## WE CAN'T ALLOW YOUR CLAIM

We disallowed your claim for credit for the tax period listed at the top of this letter.

## WHY WE CAN'T ALLOW YOUR CLAIM

Based on the information received we have not changed our determination. You are not listed as the custodial parent. You did not verify you provided more than 50% of the support to a qualifying dependent.

## WHAT TO DO IF YOU DISAGREE

You have the right to appeal our decision to disallow your claim. You can represent yourself before Appeals or you can have an attorney, certified public accountant, enrolled agent, or any other person authorized to practice before the IRS represent you. To have someone represent you, attach Form 2848, Power of Attorney and Declaration of Representative, (or similar written power of attorney) to your written statement. If we don't hear from you within 30 days from the date of this letter, we will process your case with the information we have now.

For claims $25,000 or less, you can request a small dollar case appeal. You must prepare a formal protest for a disallowed claim over $25,000.

To request a small dollar case appeal:

```
                                                       0860966149
                                    Apr. 18, 2023    LTR 105C  C3
                                    ***-**-9442   202012 30         X
                                                          00001841
```

CRYSTAL GREENWALD
MELISSA D SKILLITER
1108 CITY PARK AVE STE 200
COLUMBUS   OH   43206


1. Prepare a written statement that you want to appeal to the
   Office of Appeals.
2. List the tax periods or years and disallowed items you disagree
   with and why you don't agree with each item.
3. Provide your name, address, taxpayer identification number,
   daytime telephone number, and a copy of this letter.
4. Mail your appeal request to the address at the top of the first
   page of this letter.

To prepare a formal protest:
1. Prepare a written statement that you want to appeal to the
   Office of Appeals.
2. List the tax periods or years and disallowed items you disagree
   with and why you don't agree with each item.
3. Provide your name, address, taxpayer identification number,
   daytime telephone number, and a copy of this letter.
4. Include a detailed statement of facts with names, amounts,
   locations, etc., to support your reasons for disputing the
   disallowance.
5. If you know the particular law or authority that supports
   your position, identify that law or authority by providing
   a legal citation.
6. Sign the perjury statement below and include it with your
   written appeal. If your authorized representative prepares the
   request for an appeal, he or she must sign the statement.
7. Mail your written formal protest to the address at the top of
   the first page of this letter.

STATEMENT BY INDIVIDUALS OR SOLE PROPRIETORS

"Under penalties of perjury, I declare that the facts present on
my written appeal are, to the best of my knowledge and belief,
true, correct, and complete."


_____        _____
Signature                                   Date


_____        _____
Spouse's signature, if a joint return       Date

STATEMENT BY INDIVIDUAL AUTHORIZED TO PRACTICE BEFORE THE IRS

"Under penalties of perjury, I declare that I prepared the written
statement and accompanying documents. To the best of my knowledge
the protest and accompanying documents are true and correct."

```
                                                     0860966149
                               Apr. 18, 2023    LTR 105C     C3
                               ***-**-9442    202012 30         X
                                                       00001842
```

CRYSTAL GREENWALD
MELISSA D SKILLITER
1108 CITY PARK AVE STE 200
COLUMBUS  OH  43206

021688

| Signature of representative | Enrollment number | Date |

If you don't agree with our decision, you can file suit to recover tax, penalties, or other amounts, with the United States District Court that has jurisdiction or with the United States Court of Federal Claims. These courts are part of the judicial branch of the federal government and have no connection with the IRS.

The law gives you 2 years from the date of this notice of claim disallowance to file suit. If you signed an agreement that waived your right to this notice of disallowance Form 2297, Waiver of Statutory Notification of Claim Disallowance, the period for filing suit begins on the date you filed the waiver. If you decide to appeal our decision first, the 2-year period still begins from the date of this notice or, if applicable, the date you filed the waiver even if Appeals has not yet rendered a final decision on your case. Consideration of your claim by Appeals does not extend the 2-year period to file suit. However, the 2-year-period can be extended if you and the IRS sign a Form 907, Agreement to Extend the Time to Bring Suit.

A refund or credit cannot be made after the end of the 2-year period (including any extension) unless you file suit during that time. If the end of the 2-year period is approaching and a decision has not been made on your appeal (or if a favorable decision has been made but the refund has not yet been paid), you can file suit, or you can discuss extending this 2-year period with the IRS to protect your ability to receive a refund. If you do not file suit within the 2-year period or sign an agreement with the IRS extending the 2-year period to file suit, you may lose your ability to receive a refund, even if a favorable decision on your appeal has already been made.

Find tax forms or publications by visiting www.irs.gov/forms or calling 800-TAX-FORM (800-829-3676).

                         HOW TO CONTACT US

If you have questions, you can call Tax Examiner at 866-897-0177 between 8:00 a.m. and 8:00 p.m. EDT.

If you prefer, you can write to the address at the top of the first page of this letter.

When you write, include a copy of this letter, and provide your telephone number and the hours we can reach you in the spaces below.

```
                                                    0860966149
                                Apr. 18, 2023    LTR 105C   C3
                                ***-**-9442   202012 30        X
                                                    00001843
```

CRYSTAL GREENWALD
MELISSA D SKILLITER
1108 CITY PARK AVE STE 200
COLUMBUS  OH  43206


Telephone number (    ) _____ Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.


                                                    Sincerely yours,

                                                    *Tamara S Powell*

                                                    Tamara S. Powell, Director
                                                     Refundable Credits Examination

Enclosures:
Publication 1
Envelope